**Order entered April 9, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-21-00161-CV

## IN THE INTEREST OF P.Z.F., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00558-X**

## ORDER

In accordance with our April 8, 2021 order, appellant has filed written verification he has requested the reporter's record. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than April 19, 2021.** *See* TEX. R. APP. P. 35.1(b). Because this is an accelerated appeal in a parental termination case, the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the record. *See id.* 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    ERIN A. NOWELL
           JUSTICE